**IT IS ORDERED as set forth below:**



**Date: September 7, 2021**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| MICHAEL ALLEN SISSON | : | BANKRUPTCY CASE |
| | : | 14-68815-LRC |
| Debtor. | : | |
| _____ | : | |
| TASHTIT & MIGDAL PROPERTIES, LLC: | | ADVERSARY PROCEEDING |
| | : | NO. 15-05003-LRC |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL ALLEN SISSON, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

### ORDER

On October 16, 2015, the Court entered an Order Staying Adversary Pending Outcome of Related Criminal Matter and Reopening Discovery (Doc. No. 26) ("Stay

Order"). The Stay Order directed Defendant's counsel to file a status report regarding the outcome of Defendant's pending criminal matter. Since the entry of the Stay Order, Defendant's counsel has filed status reports on December 21, 2015 (Doc. No. 30), February 19, 2016 (Doc. No. 33), and September 22, 2016, apprising the Court of the status of the potential criminal indictment against Defendant, and the Court has issued orders maintaining the stay of this matter.

IT IS ORDERED that Defendant shall file a status report on or before **September 24, 2021**. If Defendant fails to do so, the stay of this proceeding shall be lifted, effective September 27, 2021, after which time, the Court may schedule the matter for a status conference.

## END OF DOCUMENT

**Distribution List**

Peter F. Schoenthaler
Peter F. Schoenthaler P.C.
Suite 1900
3350 Riverwood Parkway
Atlanta, GA 30339

Michael Allen Sisson
1873 Walthall Dr
Atlanta, GA 30318

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391

6400 Powers Ferry Road NW
Atlanta, GA 30339

3

Case 15-05003-lrc    Doc 47    Filed 09/07/21    Entered 09/07/21 17:18:27    Desc Main
Document      Page 3 of 3