**IT IS ORDERED as set forth below:**



**Date: October 4, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
|---|---|---|
| | : | |
| MICHAEL ALLEN SISSON | : | BANKRUPTCY CASE |
| | : | 14-68815-LRC |
| Debtor. | : | |
| _____ | : | |
| | : | |
| TASHTIT & MIGDAL PROPERTIES, LLC | : | ADVERSARY PROCEEDING |
| | : | NO. 15-05003-LRC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ALLEN SISSON, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF STATUS CONFERENCE

On September 7, 2021, the Court entered an order directing Defendant to file a status report on or before September 27, 2021, and stating that, if Defendant failed to do so, the

stay of this proceeding would be lifted, effective September 27, 2021, after which time, the Court may schedule the matter for a status conference.  Defendant failed to file a status report by the deadline.

Accordingly,

IT IS ORDERED and NOTICE IS GIVEN that the Court will hold a virtual status conference on the complaint filed in this adversary proceeding on **November 17, 2021**, at 10:30 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia;

Given the current public health crisis, this hearing will be **virtual or telephonic only**.  Please check the "Dial-In and Virtual Bankruptcy Hearing Information" section of the GANB Website prior to the hearing for instructions on how to appear virtually or telephonically.

**END OF DOCUMENT**

**Distribution List**

Neill Kinnett Wright
Peter F. Schoenthaler, P.C
3200 Windy Hill Road SE
Ste 1600e
Atlanta, GA 30339

2

Peter F. Schoenthaler
Peter F. Schoenthaler, P.C.
3200 Windy Hill Road, SE
Suite 1600e
Atlanta, GA 30339

Christopher Rosser
Peter F. Schoenthaler, P.C
3200 Windy Hill Road, SE
Suite 1600e
Atlanta, GA 30339

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

Michael Allen Sisson
1873 Walthall Dr
Atlanta, GA 30318