**IT IS ORDERED as set forth below:**

Date: May 15, 2023



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| MICHAEL ALLEN SISSON | : | BANKRUPTCY CASE 14-68815-LRC |
| Debtor. | : | |
| _____ | : | |
| TASHTIT & MIGDAL PROPERTIES, LLC: | | ADVERSARY PROCEEDING NO. 15-05003-LRC |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL ALLEN SISSON, | : | IN PROCEEDINGS UNDER CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

## ORDER

On October 16, 2015, the Court entered an Order Staying Adversary Pending Outcome of Related Criminal Matter and Reopening Discovery (Doc. No. 26) ("Stay

Order"). The Stay Order directed Defendant's counsel to file a status report regarding the outcome of Defendant's pending criminal matter. Since the entry of the Stay Order, Defendant's counsel has filed several status reports apprising the Court of the status of the potential criminal indictment against Defendant, and the Court has issued orders maintaining the stay of this matter. The Court held a status conference on November 17, 2021, at which time the parties advised the Court that the criminal matter had been resolved, a restitution hearing remained pending, and that the parties were working toward a consensual resolution of this matter. The Court directed the filing of a status report or consent judgment upon the conclusion of the restitution hearing.

Since the status report, nothing further has been filed. Accordingly,

IT IS ORDERED that Defendant shall file a status report on or before **June 9, 2023**. If Defendant fails to do so, the Court may schedule the matter for a second status conference.

## END OF DOCUMENT

**Distribution List**

**Christopher Rosser**
Schoenthaler Law Group
3200 Windy Hill Road, SE
Suite 1600e
Atlanta, GA 30339

**Peter F. Schoenthaler**

Peter F. Schoenthaler, P.C.
3200 Windy Hill Road, SE
Suite 1600e
Atlanta, GA 30339

**Howard P. Slomka**
Slipakoff & Slomka, PC
6400 Powers Ferry Road
Suite 200
Atlanta, GA 30339

**Michael Allen Sisson**
1873 Walthall Dr
Atlanta, GA 30318