**IT IS ORDERED as set forth below:**



**Date: June 20, 2024**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL ALLEN SISSON, | ) | CASE NO. 14-68815 - LRC |
| | ) | |
| Debtor | ) | |

_____

| | | |
|---|---|---|
| TASHTIT & MIGDAL PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 15-05003 |
| MICHAEL ALLEN SISSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AND NOTICE OF RESCHEDULED STATUS CONFERENCE**

PLEASE TAKE FURTHER NOTICE that the Court will hold a Status Conference in this adversary proceeding at **1:30 p.m**. on **August 22, 2024**, Courtroom 1204, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S. W., Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information"

link at the top of the homepage of the Court's website, www.ganb.uscourts.gov , or the link on the judge's webpage,   which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**[END OF DOCUMENT]**

**DISTRIBUTION LIST**

Peter F. Schoenthaler
Peter F. Schoenthaler, P.C.
Suite 230
6400 Powers Ferry Road NW
Atlanta, GA 30339

Neill Kinnett Wright
Peter F. Schoenthaler, P.C
3200 Windy Hill Road SE
Ste 1600e
Atlanta, GA 30339

Howard P. Slomka
Slipakoff & Slomka, PC
6400 Powers Ferry Road
Suite 200
Atlanta, GA 30339